1908.) In the matter of Antonio Spinelli. No opinion. Reference ordered to take proof of the facts stated in the petition, and as to the identity of the infants for whom the petitioner was appointed guardian, as the owners of the property involved in this proceeding. Settle order on notice.

SPITZER, Appellant, v. RHINEHART et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Robert Spitzer against Clark D. Rhinehart and others. No opinion. Order affirmed, with costs.

SPRANKLE, Respondent, v. ARCHER & CO., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Walter J. Sprankle against Archer & Co. F. B. Vermilya, for appellants. C. E. Rushmore, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STANTON, Appellant, v. GRANGER, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Amelia P. Stanton against Ralph Granger.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice WOODWARD.

STEINERT, Respondent, v. WESTERN ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Agnes Steinert, an infant, against the Western Electric Company. R. T. Greene, for appellant. T. J. O'Neill, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Order filed.

STEVHENS, Respondent, v. KISIELEWSKI et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Anna Amelia Stevhens against Adam Kisielewski and others. No opinion. Judgment affirmed, with costs.

In re STEWART. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of the application of Horatio S. Stewart for a peremptory writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements. See 110 N. Y. Supp. 32.

STONE, Respondent, v. OLDHAM MILLS, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Frederick M. Stone against the Oldham Mills. S. Bacon, for appellant. W. Sutphen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STRUNSKY et al., Respondents, v. MINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Maurice I. Strunsky and another against Louis Minsky. No opinion. Judgment and order unanimously affirmed, with costs.

In re STUDIER'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) In the matter of the estate of Frederica Studier, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

STUYVESANT, Respondent, v. BLOCK, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Augustus V. H. Stuyvesant against Nathan E. Block, impleaded with others. S. J. Block, for appellant. D. E. Peck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SULLIVAN v. ALTON. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Appeal from Trial Term. Action by Leo C. Sullivan, an infant, against Lee T. Alton, doing business under the firm name of Alton Manufacturing Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Reversed, and new trial ordered. Leo Oppenheimer, for appellant. Thos. J. O'Neill, for respondent.

PER CURIAM. Upon the evidence it appears that the negligence complained of, if any there was, was that of the foreman or other employés of the Northern Light Company, and not of this defendant individually, and that in this respect the verdict of the jury is against the weight of evidence. The judgment and order must be reversed, and a new trial ordered, with costs to the appellant to abide the event.

SULLIVAN, Appellant, v. MEISTRELL, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Mary E. Sullivan against Henry F. Meistrell. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SUTTER AVE. AND GRAFTON ST., IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of acquiring by the city of New York of title to premises on the southeasterly corner of Sutter avenue and Grafton street, borough of Brooklyn, duly selected for school purposes. No opinion. Motion granted.

SWOBODA, Respondent, v. HOLLINS, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Hans O. Swoboda against Frank C. Hollins. J. H. Hickey, for appellant. L. McLoughlin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

TANENBAUM v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Minnie P. Tanenbaum against the city of New York.